William Earl BOYD, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Jan. 19, 1973.

Joe B. Campbell, Bell, Orr, Ayers & Moore, Bowling Green, for appellant.

Ed W. Hancock, Atty. Gen., Frankfort, Morris Lowe, Bowling Green, for appellee.

PER CURIAM Opinion, Affirming.*

R. D. COOPER CONSTRUCTION CO., INC., Appellant,

v.

T. L. RILEY, Appellee.

Court of Appeals of Kentucky.

Jan. 19, 1973.

Robert Spragens, Jr., Robert M. Spragens, Lebanon, for appellant.

Barry Bertram, Faulkner & Bertram, Campbellsville, for appellee.

Memorandum Opinion of the Court by Special Commissioner JAMES PARK, Jr., Affirming.*

CONTINENTAL INSURANCE COMPANY

v.

Mattie Mae SIMS et al.

Court of Appeals of Kentucky.

Jan. 19, 1973.

C. Alex Rose, Curtis, Rose, Gordinier & Wagner, Louisville, for appellant.

Stanley Stratford, Louisville, for appellees.

Opinion of the Court by Special Commissioner FRANK R. GOAD, Affirming.*

EMPLOYERS LIABILITY ASSURANCE CORP., LTD.

v.

STATE SECURITIES, INC., et al.

Court of Appeals of Kentucky.

Jan. 19, 1973.

Richard M. Trautwein, Rubin & Trautwein, Louisville, for appellant.

John Frith Stewart, Robert M. Lindsay, Segal, Isenberg, Sales & Stewart, Harry K. Herron, Woodward, Hobson & Fulton, Louisville, for appellees.

Opinion of the Court by Special Commissioner J. BRANDON PRICE, Reversing.*

* Opinion ordered not to be published.